No. 88–2139. MANVILLE SALES CORP. *v.* A. T. & T. TECHNOLOGIES, INC. Super. Ct. Pa. Certiorari denied.

No. 88–2140. HANCOCK *v.* CITY OF DAVENPORT ET AL. Ct. App. Iowa. Certiorari denied.

No. 88–2141. TODA *v.* CITY AND COUNTY OF HONOLULU. C. A. 9th Cir. Certiorari denied.

No. 88–6821. THOMAS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 88–6834. DANIELS *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 88–6845. WARMSLEY *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 88–6850. STREETER *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 88–6856. QUINTERO *v.* TEXAS; and BLANTON *v.* TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied. Reported below: 761 S. W. 2d 438 (first case).

No. 88–6872. FRAZIER *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6895. HEIGHTLAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6898. ANTONELLI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6909. WALLS *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 88–6911. ORTIZ-BALCAZAR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6914. MITCHELL *v.* CALIFORNIA (two cases). App. Dept., Super. Ct. Cal., Los Angeles County. Certiorari denied.